AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER RICE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV422-130

DOUGLAS WILLIAMS, Warden, and TYRONE OLIVER, in his official capacity as the Commissioner of the Georgia Department of Corrections,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 30, 2023, the Magistrate Judge's Report and Recommendation is declined in part and adopted in part. Therefore, Respondent's motion to dismiss is granted, and Petitioner's petition is dismissed as untimely. This civil action stands closed.

May 30, 2023  
Date



John E. Triplett, Clerk of Court  
Clerk

*Candy Ashell*  
(By) Deputy Clerk